IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MAURICE STACY MACK,

    Petitioner,                    No. CIV-S-99-1726 LKK KJM P

    vs.

ANTHONY NEWLAND, et al.,

    Respondents.             ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's April 27, 2005 denial of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The certificate of appealability must "indicate which specific issue or issues satisfy" the requirement. 28 U.S.C. § 2253(c)(3).

        A certificate of appealability should be granted for any issue that petitioner can demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different court, or is "'adequate to deserve encouragement to proceed further.'" Jennings v. Woodford,

1  290 F.3d 1006, 1010 (9th Cir. 2002) (quoting <u>Barefoot v. Estelle</u>, 463 U.S. 880, 893 (1983)).[1]

2        Petitioner has made a substantial showing of the denial of a constitutional right in
3  the following issues presented in the instant petition:   whether the evidence was sufficient to
4  support the first degree murder conviction and whether the newly discovered evidence satisfies
5  the requirements for relief established by <u>Herrera v. Collins</u>, 506 U.S. 390, 400 (1993) and
6  <u>Turner v. Calderon</u>, 281 F.3d 851, 872-73 (9th Cir. 2002).

7        Accordingly, IT IS HEREBY ORDERED that a certificate of appealability is
8  issued in the present action.

9  DATED:  May 24, 2005.

11        /s/Lawrence K. Karlton
      UNITED STATES DISTRICT JUDGE

12  /mack1726.830

---

[1] Except for the requirement that appealable issues be specifically identified, the standard for issuance of a certificate of appealability is the same as the standard that applied to issuance of a certificate of probable cause.  <u>Jennings</u>, at 1010.